```
J D THADISON
2794 LOYD STAR LN NW
WESSON, MS 39191



THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236



AMERICAN CREDIT ACCEPT
ATTN: BANKRUPTCY
961 E MAIN ST, FL 2
SPARTANBURG,, SC 29302



BESTWAY RENTAL INC
ATTN: BANKRUPTCY DEPT
2703 TELECOM PKW
STE 190
RICHARDSON, TX 75082


BUDDY'S HOME
939 BROOKWAY BLVD
BROOKHAVEN, MS 39601



PHH MORTGAGE SERVICE
1 MORTGAGE WAY
MOUNT LAUREL, NJ 08054



SPRING OAKS CAPITAL
ATTN: BANKRUPTCY
P.O. BOX 1216
CHESAPEAKE, VA 23327
```