**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-3 DIVISION**

IN RE:  J D THADISON, DEBTOR                           CHAPTER 13 PROCEEDING
                                                       CASE NO. 25-02807-KMS

<u>OBJECTION TO PROPOSED CHAPTER 13 PLAN AND CONFIRMATION THEREOF</u>

COMES NOW, U.S. Bank National Association, as Trustee, Successor In Interest To Wachovia Bank National Association, As Trustee, Successor By Merger To First Union National Bank, As Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 1998-2, a secured creditor under 11 U.S.C. § 506 (a) & (b), in the above entitled Bankruptcy proceeding, by and through its attorney, and hereby submits the following objections to the confirmation of the Chapter 13 Plan submitted by Debtor, and in support of said objection states as follows:

I.

That this objecting secured creditor holds that certain Deed of Trust Note with an original Principal Balance of $35,000.00 executed by the Debtor on August 28, 1997, and secured by that Deed of Trust on the residence of the Debtor, filed of record in the Office of the Chancery Clerk of Copiah County, Mississippi in Book 995 at Page 237 and re-recorded in Book 1084 at Page 748, and generally described as:

> A parcel containing 1 acre, more or less, fronting 100 feet on public gravel road, and being a portion of Lot 8, of the Jack Weldon Day survey dated December, 1977, filed in cause number 18,348 of the Lincoln County Chancery Court being a partition of the W/2 of the SE/4 of Section 19, Township 8 North, Range 7 East, the lot being conveyed hereby being more particularly described as follows: Commencing at the Western Corner at the center of public paved road of Lot 4C of said Jack Weldon Day survey and run thence South 41 degrees 01 minutes W along the center of said road for 50 feet to the P.O.B. thence run South 41 degrees 01 minutes West along the center line of said road for 100 feet. Thence run South 48 degrees 59 minutes East for 436 feet. Thence run North

41 degrees 01 minutes East parallel to the public road for 100 feet. Thence run North 48 degrees 59 minutes West for 436 feet to the P.O.B.

II.

U.S. Bank National Association, as Trustee, Successor In Interest To Wachovia Bank National Association, As Trustee, Successor By Merger To First Union National Bank, As Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 1998-2 requests that future taxes and insurance be paid by the Debtor.

III.

Debtors' proposed Chapter 13 Plan does not provide for the total debt payoff of the mortgage to Secured Creditor during the life of the plan. Upon information and belief, the subject Mortgage loan matures during the pendency of the Bankruptcy term. Secured Creditor is owed an estimated $73,190.95 total debt.

IV.

U.S. Bank National Association, as Trustee, Successor In Interest To Wachovia Bank National Association, As Trustee, Successor By Merger To First Union National Bank, As Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 1998-2 objects to its proposed treatment under the plan in that it is a fully secured creditor upon the residence of the Debtor and its claim is not afforded the protection of 11 U.S.C. § 1322(b)(2).

WHEREFORE, U.S. Bank National Association, as Trustee, Successor In Interest To Wachovia Bank National Association, As Trustee, Successor By Merger To First Union National Bank, As Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 1998-2 respectfully requests that confirmation of the Chapter 13 plan as submitted by the Debtor be denied.

Respectfully Submitted
LOGS LEGAL GROUP LLP


_/s/ Eric C. Miller_____
William Savage #105785
Eric Miller #102327
Attorney for Creditor

## CERTIFICATE OF SERVICE

      I, the undersigned, of the firm of LOGS Legal Group LLP, do hereby certify that I have this date provided a copy of the foregoing either by electronic case filing or by United States mail postage pre-paid to the following:

David Rawlings
ecfnotices@rawlings13.net

Thomas Carl Rollins, Jr., The Rollins Law Firm, PLLC, Attorney for Debtor
trollins@therollinsfirm.com

J D Thadison
2794 Loyd Star Ln NW
Wesson, MS 39191


      Dated: _November 24, 2025_____

                                    Respectfully Submitted
                                    LOGS LEGAL GROUP LLP


                                    /s/ Eric C. Miller_____
                                  William Savage #105785
                                  Eric Miller #102327
                                  Attorney for Creditor


Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 25-02807-KMS