IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON-3 DIVISION

IN RE:  J D THADISON, DEBTOR                CHAPTER 13 PROCEEDING
                                            CASE NO. 25-02807-KMS

CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1 and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1 (B),
U.S. Bank National Association, as Trustee, Successor In Interest To Wachovia Bank National Association, As Trustee, Successor By Merger To First Union National Bank, As Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 1998-2,

☐ Corporate Debtor

☐ Party to an adversary proceeding

☒ Party to a contested matter

☐ Member of committee of creditors

Makes the following disclosure (s):

**All** corporations, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

_____
_____
_____
_____

**OR**

☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

        Dated: November 21, 2025_____

                                        Respectfully Submitted
                                        LOGS LEGAL GROUP LLP
                                        /s/ Eric C. Miller_____
                                        William Savage #105785
                                        Eric Miller #102327
                                        Attorney for Creditor