**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 4, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  J.D. THADISON
          DEBTOR(S)

CASE NO.  25-02807-KMS
CHAPTER 13

**ORDER RESCHEDULING § 341 MEETING OF CREDITORS,**
**EXTENDING DEADLINE FOR OBJECTING TO CONFIRMATION**
**AND RESETTING CONFIRMATION HEARING**

On *ore tenus* motion of the Chapter 13 Trustee in the above-styled case to reschedule § 341 Meeting of Creditors, extend the deadline for filing objections to confirmation of the Debtor's Chapter 13 Plan (the "Plan"), and reset confirmation hearing, having considered the same, finds, that the *ore tenus* motion should be granted, therefore,

**IT IS ORDERED THAT**:

1. The § 341 Meeting of Creditors is reset to January 7, 2026, at 1:30 PM. **PLEASE TAKE NOTICE** that the said Meeting of creditors will be conducted via *ZOOM VIDEO MEETING*:

   **Trustee:  David Rawlings**
   **Go to zoom.us/join, enter: Meeting ID: 431 357 5185 and Passcode: 8402453787, OR call: 769-267-0361**
   **For additional meeting information go to:  www.justice.gov/ust/moc**

   Please do not appear in person for the meeting.  Debtor(s) must join ZOOM as described above to be questioned under oath.  Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket.  If you have any questions or concerns, please contact your attorney or the case trustee at:

   Trustee Phone: (601) 582-5011
   Trustee email: ecfnotices@rawlings13.net

2. The Objection to Confirmation Deadline is extended until January 21, 2026.

3. The Confirmation Hearing is reset for January 29, 2026, at 10:00 A.M.  at the United States Courthouse, Courtroom 1, 109 South Pearl Street, Natchez, MS  39120.  If no objection is timely filed, the plan may be confirmed without a hearing.

4. The Debtor will serve a copy of this Order to all creditors and/or all interested parties as listed on the most recent CM/ECF creditor mailing matrix in a manner to comply with the notice provisions of Fed. R. Bankr.P.2002(a)(9) and (b)(3).  Within two days after service, the Debtor shall file a certificate of service with the court that includes a copy of this Order and a record of the parties served.

*##END OF ORDER##*

Submitted by:
/s/ David Rawlings
David Rawlings, Trustee
PO Box 566
Hattiesburg MS  39403
ecfNotices@rawlings13.net

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

  J D THADISON

CASE NO: 25-02807-KMS

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 12/5/2025, I did cause a copy of the following documents, described below,

Order Resetting 341

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/5/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

J D THADISON

CASE NO: 25-02807-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 12/5/2025, a copy of the following documents, described below,

Order Resetting 341

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/5/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-02807-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
FRI DEC 5 7-53-21 PST 2025

US BANK NATIONAL ASSOCIATION  AS TRUSTEE
ATTN BANKRUPTCY DEPARTMENT
P O BOX 24605
WEST PALM BEACH  FL 33416-4605

EXCLUDE
US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201 5036

AMERICAN CREDIT ACCEPT
ATTN BANKRUPTCY
961 E MAIN ST  FL 2
SPARTANBURG   SC 29302-2185

BESTWAY RENTAL INC
ATTN BANKRUPTCY DEPT
2703 TELECOM PKW
STE 190
RICHARDSON  TX 75082-3558

BUDDYS HOME
939 BROOKWAY BLVD
BROOKHAVEN  MS 39601-2606

ERIC C MILLER  ESQ
LOGS LEGAL GROUP  LLP
ATTY FOR US BANK NA AS TRUSTEE SUCCESSOR
579 LAKELAND EAST DRIVE  SUITE D
FLOWOOD  MS 39232-9037

PHH MORTGAGE SERVICE
1 MORTGAGE WAY
MOUNT LAUREL  NJ 08054-4624

(P)SPRING OAKS CAPITAL  LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

EXCLUDE
(P)(C)SPRING OAKS CAPITAL  LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

EXCLUDE
UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE C-430
JACKSON  MS 39201 5022

EXCLUDE
(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

DEBTOR

J D THADISON
2794 LOYD STAR LN NW
WESSON  MS 39191-9221

EXCLUDE
THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767