

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine Samson**
**United States Bankruptcy Judge**
Date Signed: January 26, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    **J D THADISON**                                                **CASE NO. 25-02807 KMS**

    **DEBTOR .**                                                                  **CHAPTER 13**

## ORDER RESETTING HEARING

This matter came on this date on the Objection to Confirmation filed by U.S. Bank National Association (the "Objection") (Dkt. #14) and the Court having considered the facts herein, finds that the hearing on January 29, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Objection hereby is continued and reset for March 5, 2026, at 10:00 a.m., in the United States Courthouse, Courtroom 1, 109 South Pearl St., Natchez, MS 39120.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841