# Proceeding Minutes / Proceeding Memo

**Case #:** 25-02807          **Case Name:** J D Thadison

**Set:** 01/29/2026 10:00 am   **Chapter:** 13   **Type:** bk     **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by U.S. Bank National Association (Dkt. #14) - RESET TO 3/5/26 PER REQUEST OF PARTIES

Objection to Confirmation filed by the Trustee (Dkt. #21) - RESET TO 3/5/26 PER REQUEST OF PARTIES

---

Minute Entry Re: (related document(s): [17] Confirmation Hearing) The Objections filed by U.S. Bank NA (Dkt. #14) and the Trustee (Dkt. #21) are reset. Confirmation hearing removed. (mcc)