

**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: March 2, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    **J D THADISON**                               **CASE NO. 25-02807 KMS**

       **DEBTOR .**                                   **CHAPTER 13**

## ORDER RESETTING HEARING

This matter came on this date on the Objection to Confirmation of Plan filed by the Trustee (the "Objection") (Dkt. #21) and the Court having considered the facts herein, finds that the hearing on March 5, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Objection hereby is continued and reset for April 23, 2026, at 10:00 a.m., in the United States Courthouse, Courtroom 1, 109 South Pearl St., Natchez, MS 39120.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841