_____

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 6, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON-3 DIVISION

IN RE:  J D THADISON, DEBTOR                    CHAPTER 13 PROCEEDING
                                                CASE NO. 25-02807-KMS

AGREED ORDER DOCKET NO.14

THIS CAUSE came on to be heard on the Objection to Proposed Plan and Confirmation Thereof filed by U.S. Bank National Association, as Trustee, Successor In Interest To Wachovia Bank National Association, As Trustee, Successor By Merger To First Union National Bank, As Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 1998-2, and the Court being advised that all parties have reached an agreement and being fully advised that the parties agree as follows:

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Objection to Proposed Plan and Confirmation Thereof filed by U.S. Bank National Association, as Trustee, Successor In Interest To Wachovia Bank National Association, As Trustee, Successor By Merger To First Union National Bank, As Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 1998-2 is hereby resolved.

IT IS FURTHER ORDERED that the loan shall be treated as total debt under section 3.1(c) of the Plan, with $76,498.674 to be paid over the life of the Plan at a TILL rate of 10%.

IT IS, THEREFORE, ORDERED the Debtors will apply for loss mitigation w~~hihx~~ ~~xxxkixxgxxdxqxxatxxpxxtxxtixxxpxyxxxxxxxxxxxxxingxMxxxdxxlx2026~~.   (sjd)

**##END OF ORDER##**

AGREED TO:

/s/ Eric C. Miller
_____
William Savage #105785
Eric Miller #102327, Attorney for Plaintiff

/s/ Thomas Carl Rollins Jr. With express permission
_____
Thomas Carl Rollins, Jr., The Rollins Law
Firm, PLLC, Attorney for Debtor(s)


/s/Samuel J. Duncan, Atty for
_____
David Rawlings, Trustee


Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 25-02807-KMS