United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 25-02807-KMS

J D Thadison                                                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 06, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + J D Thadison, 2794 Loyd Star Ln NW, Wesson, MS 39191-9221 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Eric C Miller | on behalf of Creditor U.S. Bank National Association  as Trustee, Successor In Interest To Wachovia Bank National Associat logsecf@logs.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor J D Thadison trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-3

User: mssbad

Page 2 of 2

Date Rcvd: Apr 06, 2026

Form ID: pdf012

Total Noticed: 1

TOTAL: 5

_____

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 6, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON-3 DIVISION

IN RE:  J D THADISON, DEBTOR

CHAPTER 13 PROCEEDING
CASE NO. 25-02807-KMS

AGREED ORDER DOCKET NO.14

THIS CAUSE came on to be heard on the Objection to Proposed Plan and Confirmation Thereof filed by U.S. Bank National Association, as Trustee, Successor In Interest To Wachovia Bank National Association, As Trustee, Successor By Merger To First Union National Bank, As Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 1998-2, and the Court being advised that all parties have reached an agreement and being fully advised that the parties agree as follows:

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Objection to Proposed Plan and Confirmation Thereof filed by U.S. Bank National Association, as Trustee, Successor In Interest To Wachovia Bank National Association, As Trustee, Successor By Merger To First Union National Bank, As Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 1998-2 is hereby resolved.

IT IS FURTHER ORDERED that the loan shall be treated as total debt under section 3.1(c) of the Plan, with $76,498.674 to be paid over the life of the Plan at a TILL rate of 10%.

IT IS, THEREFORE, ORDERED the Debtors will apply for loss mitigation ~~within~~ ~~making adequate protection payments resuming March 1, 2026~~.  (sjd)

**##END OF ORDER##**

AGREED TO:

/s/ Eric C. Miller
_____
William Savage #105785
Eric Miller #102327, Attorney for Plaintiff

/s/ Thomas Carl Rollins Jr. With express permission
_____
Thomas Carl Rollins, Jr., The Rollins Law Firm, PLLC, Attorney for Debtor(s)

/s/Samuel J. Duncan, Atty for
_____
David Rawlings, Trustee

Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 25-02807-KMS