# Proceeding Minutes / Proceeding Memo

**Case #:** 25-02807        **Case Name:**  J D Thadison

**Set:**  04/23/2026 10:00 am   **Chapter:**  13   **Type:**  bk      **Judge**  Katharine M. Samson

**matter**   Objection to Confirmation of Plan Filed by Trustee David Rawlings (RE: related document(s)2 Chapter 13 Plan).  (Dkt. #21)

---

Minute Entry Re: (related document(s): [21] Objection to Confirmation of the Plan filed by David Rawlings) Brian Wilson to submit an Order withdrawing the Objection. Order due by 05/07/2026. Email received from Wilson. (mcc)