_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 5, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON-3 DIVISION

IN RE:  J D THADISON, DEBTOR

CHAPTER 13 PROCEEDING
CASE NO. 25-02807-KMS

AMENDED AGREED ORDER DOCKET NO.14

THIS CAUSE came on to be heard on the Objection to Proposed Plan and Confirmation Thereof filed by U.S. Bank National Association, as Trustee, Successor In Interest To Wachovia Bank National Association, As Trustee, Successor By Merger To First Union National Bank, As Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 1998-2, and the Court being advised that all parties have reached an agreement and being fully advised that the parties agree as follows:

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Objection to Proposed Plan and Confirmation Thereof filed by U.S. Bank National Association, as Trustee, Successor In Interest To Wachovia Bank National Association, As Trustee, Successor By Merger To First Union National Bank, As Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 1998-2 is hereby resolved.

IT IS FURTHER ORDERED AND ADJUDGED that the Debtor's Plan may be confirmed as proposed, providing for the payment of ongoing mortgage installments in the

amount of $367.87 per month, and $2,172.65 will be added to the total arrears and paid over the life of the Plan.

IT IS FURTHER ORDERED that the Debtor shall pursue loss mitigation. While the proper treatment of the creditor's claim is payment in full, such treatment shall not be implemented unless and until loss mitigation is denied.

IT IS FURTHER ORDERED that upon resolution of the loss mitigation application:

(a) If a loan modification is approved, the Debtor shall file a motion to approve the loan modification and a motion to modify the Chapter 13 Plan consistent with the modified loan terms; or

(b) If loss mitigation is denied, the creditor may file a notice of denial, and upon such filing, the Chapter 13 Plan shall be modified to provide for payment in full of the claim at the Till rate.

**##END OF ORDER##**

AGREED TO:

/s/ Eric C. Miller
William Savage #105785
Eric Miller #102327, Attorney for Plaintiff

Thomas Carl Rollins, Jr., The Rollins Law
Firm, PLLC, Attorney for Debtor(s)

/s/Samuel J. Duncan, Atty for

David Rawlings, Trustee