United States Bankruptcy Court

Southern District of Mississippi

In re:

J D Thadison

     Debtor

Case No. 25-02807-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 05, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + J D Thadison, 2794 Loyd Star Ln NW, Wesson, MS 39191-9221 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: BKEBN-Notifications@ocwen.com | Jun 05 2026 19:37:00 | U.S. Bank National Association, as Trustee, Succes, ATTN: Bankruptcy Department, P O Box 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2026      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Eric C Miller | on behalf of Creditor U.S. Bank National Association  as Trustee, Successor In Interest To Wachovia Bank National Associat logsecf@logs.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |

District/off: 0538-3        User: mssbad        Page 2 of 2

Date Rcvd: Jun 05, 2026        Form ID: pdf012        Total Noticed: 2

Thomas Carl Rollins, Jr

on behalf of Debtor J D Thadison trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5



**SO ORDERED,**



**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 5, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON-3 DIVISION

IN RE:  J D THADISON, DEBTOR

CHAPTER 13 PROCEEDING
CASE NO. 25-02807-KMS

AMENDED AGREED ORDER DOCKET NO.14

THIS CAUSE came on to be heard on the Objection to Proposed Plan and Confirmation Thereof filed by U.S. Bank National Association, as Trustee, Successor In Interest To Wachovia Bank National Association, As Trustee, Successor By Merger To First Union National Bank, As Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 1998-2, and the Court being advised that all parties have reached an agreement and being fully advised that the parties agree as follows:

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Objection to Proposed Plan and Confirmation Thereof filed by U.S. Bank National Association, as Trustee, Successor In Interest To Wachovia Bank National Association, As Trustee, Successor By Merger To First Union National Bank, As Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 1998-2 is hereby resolved.

IT IS FURTHER ORDERED AND ADJUDGED that the Debtor's Plan may be confirmed as proposed, providing for the payment of ongoing mortgage installments in the

amount of $367.87 per month, and $2,172.65 will be added to the total arrears and paid over the life of the Plan.

IT IS FURTHER ORDERED that the Debtor shall pursue loss mitigation. While the proper treatment of the creditor's claim is payment in full, such treatment shall not be implemented unless and until loss mitigation is denied.

IT IS FURTHER ORDERED that upon resolution of the loss mitigation application:

(a) If a loan modification is approved, the Debtor shall file a motion to approve the loan modification and a motion to modify the Chapter 13 Plan consistent with the modified loan terms; or

(b) If loss mitigation is denied, the creditor may file a notice of denial, and upon such filing, the Chapter 13 Plan shall be modified to provide for payment in full of the claim at the Till rate.

**##END OF ORDER##**

AGREED TO:

/s/ Eric C. Miller
_____
William Savage #105785
Eric Miller #102327, Attorney for Plaintiff

_____
Thomas Carl Rollins, Jr., The Rollins Law
Firm, PLLC, Attorney for Debtor(s)

/s/Samuel J. Duncan, Atty for
_____
David Rawlings, Trustee