United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                      Case No. 25-02807-KMS

J D Thadison                                                                           Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                                          Page 1 of 2

Date Rcvd: Jun 18, 2026                  Form ID: n031                              Total Noticed: 11

The following symbols are used throughout this certificate:

**Symbol     Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | J D Thadison, 2794 Loyd Star Ln NW, Wesson, MS 39191-9221 |
| 5585314 | + | Buddy's Home, 939 Brookway Blvd, Brookhaven, MS 39601-2606 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 18 2026 19:34:00 | U.S. Bank National Association, as Trustee, Succes, ATTN: Bankruptcy Department, P O Box 24605, West Palm Beach, FL 33416-4605 |
| 5585312 | + | Email/Text: bankruptcy@acacceptance.com | Jun 18 2026 19:34:00 | American Credit Accept, Attn: Bankruptcy, 961 E Main St, Fl 2, Spartanburg,, SC 29302-2185 |
| 5585313 | + | Email/Text: bankruptcy@bestwayrto.com | Jun 18 2026 19:34:00 | Bestway Rental Inc, Attn: Bankruptcy Dept, 2703 Telecom Pkw, Ste 190, Richardson, TX 75082-3558 |
| 5610982 | | Email/Text: bankruptcy@huntingtonmgt.com | Jun 18 2026 19:34:00 | Huntington National Management LLC, P.O Box 1158, Hamburg, NY 14075 |
| 5609195 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2026 19:38:19 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5585315 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 18 2026 19:34:00 | PHH Mortgage Service, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 5597787 | | Email/Text: bankruptcy@springoakscapital.com | Jun 18 2026 19:34:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE 23327-1216 |
| 5585316 | | Email/Text: bankruptcy@springoakscapital.com | Jun 18 2026 19:34:00 | Spring Oaks Capital, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 5611135 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 18 2026 19:34:00 | U.S. Bank National Association, c/o PHH Mortgage Corporation, ATTN: Bankruptcy Department, P O Box 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5589512 | ##+ | Eric C Miller, Esq., LOGS Legal Group, LLP, Atty for US Bank NA as Trustee Successor, 579 Lakeland East Drive, Suite D, Flowood, MS 39232-9037 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

District/off: 0538-3      User: mssbad      Page 2 of 2

Date Rcvd: Jun 18, 2026      Form ID: n031      Total Noticed: 11

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Eric C Miller | on behalf of Creditor U.S. Bank National Association  as Trustee, Successor In Interest To Wachovia Bank National Associat logsecf@logs.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor J D Thadison trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 25−02807−KMS
**Chapter:** 13

**In re:**

J D Thadison
2794 Loyd Star Ln NW
Wesson, MS 39191

Notice of Entry of Order Confirming Plan

The Court entered an Order on June 18, 2026 (Dkt. # 39 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: June 18, 2026

Danny L. Miller, Clerk of Court