B-2100A (Form 2100A)(12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                          §
                                                §     **CASE NO. 25-02807**
**J D THADISON**                                §
     **DEBTOR**                                §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank National Association, as Trustee, Successor In Interest To Wachovia Bank National Association, As Trustee, Successor By Merger To First Union National Bank, As Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 1998-2
C/o NewRez LLC d/b/a Shellpoint Mortgage Servicing
_____
Name of Transferee

U.S. Bank National Association
c/o PHH Mortgage Corporation
_____
Name of Transferor

Name and Address where notices to transferee should be sent:

    **NewRez LLC d/b/a Shellpoint Mortgage Servicing**
    **PO Box 10826**
    **Greenville, SC 29603-0826**

Court Claim # (if known): 5-1
Amount of Claim: $76,498.67
Date Claim Filed: 1/13/2026

Phone: **800-365-7107**
Last Four Digits of Acct #: **xxxxxx3508**

Phone:
Last Four Digits of Acct.# xxxxxx**3508**

Name and Address where transferee payments should be sent (if different from above):

    **NewRez LLC d/b/a Shellpoint Mortgage Servicing**
    **PO Box 10826**
    **Greenville, SC 29603-0826**

Phone: **800-365-7107**
Last Four Digits of Acct #: **xxxxxx3508**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Craig A. Edelman
_____
    Transferee/Transferee's Agent

Date: _____ 7/14/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

MSS_Shell_TOC_2502807_5_0A98_209

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before July 15, 2026 via U.S Mail.  All other parties in interest listedon the Notice of Electronic Filing have been served electronically.

**Debtor**              *Via U.S. Mail*
J D Thadison
2794 Loyd Star Ln Nw
Wesson, MS 39191-9221

Respectfully Submitted,

/s/ Craig A. Edelman
Craig A. Edelman