United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                  Case No. 25-02807-KMS

J D Thadison                                                                        Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jul 16, 2026 | Form ID: n001 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + J D Thadison, 2794 Loyd Star Ln NW, Wesson, MS 39191-9221 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5611135 | + Email/Text: BKEBN-Notifications@ocwen.com | Jul 16 2026 19:50:00 | U.S. Bank National Association, c/o PHH Mortgage Corporation, ATTN: Bankruptcy Department, P O Box 24605, West Palm Beach, FL 33416-4605 |
| 5696646 | Email/Text: mtgbk@shellpointmtg.com | Jul 16 2026 19:50:00 | U.S. Bank National Association as Trustee, c/o NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Eric C Miller | |

District/off: 0538-3                                    User: mssbad                                    Page 2 of 2
Date Rcvd: Jul 16, 2026                                Form ID: n001                                Total Noticed: 3

on behalf of Creditor U.S. Bank National Association  as Trustee, Successor In Interest To Wachovia Bank National Associat
logsecf@logs.com

Samuel J. Duncan

on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr

on behalf of Debtor J D Thadison trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 5

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**  J D Thadison

**Case No.:**25−02807−KMS

**Chapter** 13

**To:**  Assignee/Transferee

U.S. Bank National Association as Trustee
c/o NewRez LLC d/b/a Shellpoint Mortgage
Servicing
PO Box 10826
Greenville, SC 29603−0826

**To:**  Assignor/Transferor

U.S. Bank National Association
c/o PHH Mortgage Corporation
ATTN: Bankruptcy Department
P O Box 24605
West Palm Beach, FL 33416

## Notice of Assignment/Transfer of Claim

**Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that US Bank National Association c/o PHH Mortgage Corporation has assigned/transferred its claim in the amount of $76,498.67 Claim 5−1 to US Bank National Association as Trustee c/o NewRez LLC dba Shellpoint Mortgage Servicing.

**Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **August 6, 2026** you are required to file a written response.  Registered users of the Electronic Case Filing (ECF) system should file any response using ECF.  Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

**Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: July 16, 2026

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

601−608−4600