**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-3 DIVISIONAL OFFICE DIVISION**

| | |
|---|---|
| In Re:<br><br>J D Thadison<br><br><br>Debtor(s). | Case No. 25-02807-KMS<br><br>Chapter 13<br><br>Judge Katharine M. Samson |

**REQUEST FOR NOTICE AND SERVICE OF COPIES**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that Hill Wallack LLP, as authorized agent for the interested party identified below, request that a copy of each document, pleading, notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Federal Rules of Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court, and the United States Bankruptcy Code, be served upon the creditor at the following address:

NewRez LLC
P.O. Box 10826
Greenville, SC 29603-0826

Respectfully submitted,
Hill Wallack LLP

/s/ Leslie Rushing
Leslie Rushing
Hill Wallack LLP
300 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Phone: 561-858-2661
Email: lrushing@hillwallack.com
Authorized agent for NewRez LLC as servicer for U.S. Bank National Association, as Trustee, Successor in Interest to Wachovia Bank National Association, as Trustee, Successor by Merger to First Union National Bank, as Trustee for Structured

Asset Securities Corporation Mortgage Pass-Through Certificates Series 1998-2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-3 DIVISIONAL OFFICE DIVISION**

| | |
|---|---|
| In Re:<br><br>J D Thadison<br><br><br>Debtor(s). | Case No. 25-02807-KMS<br><br>Chapter 13<br><br>Judge Katharine M. Samson |

**CERTIFICATE OF SERVICE**
**OF REQUEST FOR NOTICE AND SERVICE OF COPIES**

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before August 21, 2026, via the manner of service indicated below.

**VIA CM/ECF ELECTRONIC NOTICE**

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

**VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID**

J D Thadison
2794 Loyd Star Ln NW
Wesson, MS 39191

*/s/ Tolga Beyaz*
Dated: August 21, 2026 Tolga Beyaz